AO 440 (Rev. 8/01) Summons in a Civil Action

# RECEIVED

## UNITED STATES DISTRICT COURT

APR **1 3** 2006

District of _____

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert H. Anderton,
v.    et al

United States

### SUMMONS IN A CIVIL CASE

CASE NUMBER   1:06CV00129

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civ

DATE STAMP: 01/23/2006

I Have the original stamped in Red

CASE

RECEIVED

MAR 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRO SE

TO: (Name and address of Defendant)

**U.S. ATTORNEY**
**501 3RD. ST. N.W.**
**WASHINGTON, D.C. 20001**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~████~~ (name and address)

Robert H. Anderton
Gloria Anderton
2211 Balleyduff
Lewisville, Texas
75007

See Reverse

an answer to the complaint which is served on you with this summons, within ____60____ days after ser
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken aga
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed
the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_M. Higgins_
(By) DEPUTY CLERK

JAN 2 3 2006

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  3/11/06 |
| NAME OF SERVER *(PRINT)*  Robert Anderton | TITLE  Pro-Se Plaintiff |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): By certified Mail # 7005 3110 0001 9790 9521
To Kenneth Weinstein, Received by weinstein on Feb 9, 2006

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/11/06
_____    Date

_____ by: Robert Anderton
Signature of Server

c/o 2211 Balleyshott drive
_____ Address of Server
Lewisville, Texas
75077

RECEIVED

APR 1 0 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

ROBERT H. ANDERTON,
V.      ET AL

UNITED STATES

**SUMMONS IN A CIVIL CASE**

C: CASE NUMBER  1:06CV00129

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 01/23/2006

Original Stamped in Red

RECEIVED

MAR 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRO SE

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL**
**D.O.J.**
**950 PENNSYLVANIA AVE. NW**
**WASHINGTON, D.C. 20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT H. ANDERTON
GLORIA ANDERTON
2211 BALLEYDUFF
LEWISVILLE, TEXAS
75007

See Reverse

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JAN 23 2006

CLERK

DATE

M. Higgins

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/11/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Robert Anderton | Pro se Plaintiff |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): Certified Mail # 7005 1160 0002 0094 7688 To Albeto Gonzalec (Attorney General). Received by Gonzales on Feb 9 2006

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/11/06
              _____        by: _____
                  Date                 Signature of Server

Uo2211 Bailey duff drive
_____
Address of Server
Lewisville, Texas
75077

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.