IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT M. ANDERTON | ) | |
| GLORIA ANDERTON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No:  1:06-cv-129 (RBW) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO DISMISS

DEFENDANT, the United States of America, moves under Fed. R. Civ. P. 12(b), to

dismiss plaintiffs' complaint.

As grounds for this motion, the United States submits that plaintiffs failed to

properly serve the United States and the Court lacks subject matter jurisdiction over the

complaint.

/

/

/

/

/

/

/

666.1

A memorandum of points and authorities  in support of this motion and a

proposed order are submitted herewith.

DATE: April 17, 2006.

Respectfully submitted,


/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 307-6390
email: pat.genis@usdoj.gov


OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

666.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS

was caused to be served upon plaintiffs *pro se* on April 17, 2006, by depositing a copy in

the United States' mail, postage prepaid, addressed as follows:

> Robert M. Anderton
> Gloria Anderton
> Plaintiffs *pro se*
> 2211 Balleyduff
> Lewisville, TX 75007


  /s/ Pat S. Genis
PAT S. GENIS, #446244