IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT M. ANDERTON ) | |
| GLORIA ANDERTON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1:06-cv-129 (RBW) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1652963.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Robert M. Anderton
Gloria Anderton
Plaintiffs *pro se*
2211 Balleyduff
Lewisville, TX 75007

1652963.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on April 17, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

>Robert M. Anderton
>Gloria Anderton
>Plaintiffs *pro se*
>2211 Balleyduff
>Lewisville, TX 75007

/s/ Pat S. Genis
PAT S. GENIS, #446244