Department of the Treasury
Internal Revenue Service
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

Date:
JUNE 17, 2006

Taxpayer Identifying Number:
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    Q 01

Caller ID:                194343

Contact Telephone Number:
TOLL FREE:  1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-7650

GLORIA ELENA ANDERTON
2211 BALLEYDUFF DR
LEWISVILLE TX   75077-7690110

)119

## Please Call Us About Your Overdue Taxes or Tax Returns

We have no record that you responded to our previous notices. As a result, your account has been assigned to this office for enforcement action, which could include seizing your wages or property. It's important that we hear from you within 10 days from the date of this letter.

IF YOU AREN'T ABLE TO PAY YOUR OVERDUE AMOUNT IN FULL, please call the telephone number listed above. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

IF YOU CAN FILE YOUR TAX RETURN WITH FULL PAYMENT, mail it to reach us within 10 days from the date of this letter. To help us apply your payment correctly, write your taxpayer identifying number and tax period on your check or money order and make it payable to the United States Treasury. Please send us your tax return and payment along with the enclosed return cover sheet in the envelope provided. Keep this letter for your records.

IF YOU CAN'T FILE YOUR TAX RETURN WITHIN 10 DAYS, please call us at the telephone number listed above. To help us determine if you need to file, be ready to provide us with your filing information. For an individual return, this should include your income, filing status, and total federal taxes withheld. For a business return, this should include wages paid, number of employees, and Federal Tax Deposits (FTD) made for payroll.

IF YOU WOULD LIKE SOMEONE ELSE to call us for you, we must have a signed statement from you allowing us to disclose your tax information to this person. You should make your statement on Form 2848, Power of Attorney and Declaration of Representative, which you can get from any IRS office or you can download a copy from the IRS web site (www.irs.gov). You must send us a copy of the completed form before your representative calls.

Enclosures:
Return Cover Sheet
Envelope

Operations Manager, Automated Collection System



*452452667103*

Letter 2050 (Rev 01-2004)(LT-16)

## Account Summary

GLORIA ELENA ANDERTON                                      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

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 1040A | 12-31-2002 | $ 4,402.57 | $ 232.82 | $ 172.14 | $ 4,807.53 |
| 1040A | 12-31-2003 | $ 4,206.55 | $ 222.44 | $ 178.56 | $ 4,607.55 |

Total Amount Due   $   9,415.08

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| | | |

Department of the Treasury -- Internal Revenue Service

| Account Summary | | GLORIA ELENA ANDERTON | | 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 | |
|---|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
| 1040A | 12-31-2002 | $ 4,402.57 | $ 232.82 | $ 172.14 | $ 4,807.53 |
| 1040A | 12-31-2003 | $ 4,206.55 | $ 222.44 | $ 178.56 | $ 4,607.55 |

Total Amount Due  $   9,415.08

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| | | |

Department of the Treasury -- Internal Revenue Service