

Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 943116

Notice Number: CP71C
Date: July 3, 2006

Taxpayer Identification Number:
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
Tax Form: 1040A
Tax Year: December 31, 1993

007158.297945.0037.001 1 AT 0.308 920

ROBERT M ANDERTON
2211 BALLEYDUFF DR
LEWISVILLE TX 75077-7690110

007158

## Reminder: You owe past due taxes for 1993

| | |
|---|---|
| Amount Owed: | $8,774.41 |
| Pay by: | July 24, 2006 |

**Why am I getting this notice?**

You have a past due tax balance for 1993. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1993 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by July 24, 2006, we will continue to add penalties and interest until the amount is paid in full.*



Department of the Treasury
**Internal Revenue Service**
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 943116

Notice Number: CP71C
Date: July 3, 2006

007157.297945.0037.001 1 AT 0.308 920
|I..I.I.I.II..I..II..II..I.II.I.I..II....II..IIII..I

**Taxpayer Identification Number:**
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
Tax Form: 1040
Tax Year: December 31, 1995

ROBERT M ANDERTON
2211 BALLEYDUFF DR
LEWISVILLE TX 75077-7690110

007157

For account of: ROBERT M & GLORIA E ANDERTON

---

**Reminder: You owe past due taxes for 1995**

| | |
|---|---|
| Amount Owed: | $4,124.65 |
| Pay by: | July 24, 2006 |

**Why am I getting this notice?**

You have a past due tax balance for 1995. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

To ensure that both you and your spouse receive this notice, we have sent a copy to each of you. Each copy contains the same information related to your joint account.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1995 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by July 24, 2006, we will continue to add penalties and interest until the amount is paid in full.*



Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 943116

Notice Number: CP71C
Date: July 3, 2006

007156.297945.0037.001 1 AT 0.308 920



Taxpayer Identification Number:
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
Tax Form: 1040
Tax Year: December 31, 1995

```
GLORIA E  ANDERTON
2211 BALLEYDUFF DR
LEWISVILLE  TX   75077-7690110
```

007156

For account of: ROBERT M & GLORIA E ANDERTON

### Reminder: You owe past due taxes for 1995

| | |
|---|---|
| **Amount Owed:** | $4,124.65 |
| **Pay by:** | July 24, 2006 |

**Why am I getting this notice?**

You have a past due tax balance for 1995. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

To ensure that both you and your spouse receive this notice, we have sent a copy to each of you. Each copy contains the same information related to your joint account.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1995 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by July 24, 2006, we will continue to add penalties and interest until the amount is paid in full.*



Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX  73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID:  943116
Notice Number: CP71C
Date: July 3, 2006

Taxpayer Identification Number:
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
Tax Form: 1040
Tax Year: December 31, 1996

007154.297945.0037.001 1 AT 0.308 920



GLORIA E  ANDERTON
2211 BALLEYDUFF DR
LEWISVILLE  TX   75077-7690110

007154

For account of: ROBERT M & GLORIA E ANDERTON

---

**Reminder:  You owe past due taxes for 1996**

---

Amount Owed:            $8,763.59
Pay by:                 July 24, 2006

**Why am I getting this notice?**  You have a past due tax balance for 1996. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

To ensure that both you and your spouse receive this notice, we have sent a copy to each of you. Each copy contains the same information related to your joint account.

**What should I do?**
If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1996 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder!  If you don't pay the amount owed by July 24, 2006, we will continue to add penalties and interest until the amount is paid in full.*



Department of the Treasury
Internal Revenue Service
Stop 5501 AUSC
Austin, TX 73301-0030

For assistance, call:
1-800-829-7650
Your Caller ID: 943116
Notice Number: CP71C
Date: July 3, 2006

007155.297945.0037.001 1 AT 0.308 920

Taxpayer Identification Number:
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
Tax Form: 1040
Tax Year: December 31, 1996



ROBERT M  ANDERTON
2211 BALLEYDUFF DR
LEWISVILLE  TX   75077-7690110

007155

For account of: ROBERT M & GLORIA E ANDERTON

### Reminder: You owe past due taxes for 1996

| | |
|---|---|
| Amount Owed: | $8,763.59 |
| Pay by: | July 24, 2006 |

**Why am I getting this notice?**

You have a past due tax balance for 1996. By law, we must tell you each year how much you owe. We will send you a notice for each tax year for which you still owe.

To ensure that both you and your spouse receive this notice, we have sent a copy to each of you. Each copy contains the same information related to your joint account.

**What should I do?**

If you can make a payment:
1. Make your check or money order payable to the United States Treasury. Write tax year 1996 and this Social Security Number (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) on your payment.
2. Complete and detach the payment stub at the end of this notice.
3. Send the stub and your payment in the enclosed envelope.

If you can't pay the full amount owed:
1. Pay as much as you can now.
2. Review the Payment Options listed on the back of this page.
3. Call us at 1-800-829-7650 if you want to discuss payment options for the amount not paid.

*Reminder! If you don't pay the amount owed by July 24, 2006, we will continue to add penalties and interest until the amount is paid in full.*

Page 1