UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT ANDERTON<br>and GLORIA ANDERTON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-129 (RBW)<br>)<br>)<br>)<br>)<br>) |

**ORDER TO SHOW CAUSE**

In accordance with a separate order entered this same date, it is

**ORDERED** that on or before April 7, 2008, the plaintiffs shall either (1) file proof of properly executed service of process on the defendant or (2) otherwise show cause why the Court should not dismiss their complaint without prejudice.

**SO ORDERED** this 5th day of February, 2008.

　　　　　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge