IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT M. & GLORIA ANDERTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No: 1:06-cv-129 (RBW) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' NOTICE OF APPEARANCE

PLEASE ENTER MY APPEARANCE as counsel of record for the United States of America.

DATE: February 27, 2008.

                                        Respectfully submitted,

                                         /s/ Michael J. Salem
                                        MICHAEL J. SALEM
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Washington, DC 20044
                                        Telephone: (202) 307-6438
                                        Michael.J.Salem@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

3088477.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' NOTICE OF APPEARANCE was caused to be served upon plaintiffs *pro se* on 27th day of February, 2008, by filing and entering the same upon the electronic court filing website of the United States District Court for the District of Columbia and by putting a copy in the United States' mail, postage prepaid, addressed as follows:

> ROBERT M. ANDERTON
> GLORIA ANDERTON
> Plaintiffs *pro se*
> 2211 Balleyduff
> Lewisville, TX  75007.

> /s/ Michael J. Salem
> MICHAEL J. SALEM

3088477.1